IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIAIR O. TIDWELL<br><br>Defendant. | Case No. 1:26-MJ-82<br><br>**Under Seal** |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

1.      I, Collin Wilson, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

2.      I make this affidavit in support of a criminal complaint and arrest warrant charging Jiair Olajuwon Tidwell (hereinafter "Tidwell" or "defendant") with knowing possession of a firearm after being convicted of a crime punishable by more than 1 year, in violation of 18 U.S.C. § 922(g)(1).

3.      The information in this affidavit comes from my personal observations and my training and experience, as well as from information obtained from other law enforcement officers and witnesses. Because I submit this affidavit for the limited purpose of establishing probable cause for the requested warrant, this affidavit does not set forth all of my knowledge about the investigation to which it relates. Rather, I have set forth only the information that I believe is necessary to establish probable cause. I have not, however, omitted information known to me that would defeat a finding of probable cause.

## AFFIANT BACKGROUND

4.      I have been employed as a law enforcement officer with the Virginia State Police ("VSP") for over 10 years, and I am duly sworn as a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). As a Task Force Officer, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I am currently assigned to the Bureau of Criminal Investigations of the VSP and the ATF Falls Church II Field Office.

5.      In this capacity, I investigate a broad range of criminal offenses, including but not limited to homicides, suspicious deaths, firearms-related offenses, narcotics-related offenses, missing persons, sexually motivated offenses, and fraud occurring within the Northern Virginia region.

6.      I attended and completed the Virginia State Police Academy and the Raleigh, North Carolina Police Department Academy. In addition, I received specialized training from the Virginia State Police, as well as from local and federal agencies, covering investigations, interviewing, narcotics, search and seizure, evidence collection, surveillance operations, and court procedures. I have made numerous felony arrests throughout my career, resulting in convictions in the General District and Circuit Courts of Arlington County, Clarke County, Fairfax County, Frederick County, Page County, Prince William County, Rockingham County, Shenandoah County, and Warren County.

## FACTUAL SUMMARY

7.      There is probable cause to believe that on or about November 8, 2025, within the Eastern District of Virginia, Tidwell, having previously been convicted of a felony offense

2

Case 1:26-mj-00082-LRV    Document 2    Filed 03/19/26    Page 3 of 5 PageID# 4

punishable by a term of imprisonment exceeding one year in the Commonwealth of Virginia, knowingly possessed a firearm.

8. On November 8, 2025, Virginia State Police Troopers ("troopers" or "trooper") observed a Lincoln MKX displaying a stolen Maryland license plate. The license plate displayed on the Lincoln MKX was reported stolen out of Prince George's County, Maryland, and was assigned to a Dodge sport utility vehicle. The Lincoln MKX was traveling on Interstate 495 West, west of Telegraph Road, within the Eastern District of Virginia. Because a stolen license plate was displayed, Trooper Corvin attempted to conduct a traffic stop of the vehicle.

9. The driver of the vehicle failed to stop, even after Trooper Corvin activated his emergency equipment with an audible siren and visual lights, prompting a vehicle pursuit. The driver began accelerating, initially reaching a speed of approximately 90 miles per hour. The suspect driver first proceeded northbound on Fairfax County Parkway but then made a U-turn on a grassy median and went southbound on Route 286. The driver then merged back onto Interstate 95 northbound, reaching a speed of approximately 130 miles per hour, before continuing on Interstate 495 eastbound.

10. While on Interstate 495 East, the driver continued to travel at a speed in excess of the posted speed limit. As the pursuit approached the Woodrow Wilson Bridge, but while still within the Eastern District of Virginia, the driver crashed into a civilian vehicle at approximately 100 miles per hour, disabling both cars.

11. The driver of the suspect vehicle exited the vehicle and attempted to flee on foot. Trooper Corvin pursued the driver, never losing sight of him, and apprehended him seconds after the crash. The driver identified himself by name as Tidwell and provided his date of birth. Tidwell's District of Columbia identification card confirmed this information.

12. Following Tidwell's arrest, troopers recovered a Sig Sauer P320 firearm loaded with ten rounds of ammunition, which was found inside Tidwell's pants between his legs. The firearm was later tested by the Virginia Department of Forensic Science and deemed operable.



(Firearm pictured above was recovered from TIDWELL.)

13. A Virginia Criminal Information Network ("VCIN") and National Crime Information Center ("NCIC") criminal history check revealed that in 2022, Tidwell was convicted of violating Virginia Code § 46.2-817(B), Speeding to Elude, a crime that constitutes a felony. Tidwell was sentenced to 5 years of incarceration with 3 years suspended. I have reviewed the sentencing order from Fairfax County Circuit Court dated November 18, 2022, case number FE-2021-781, which indicates Tidwell was found guilty of the felony charge listed above.

14. An ATF interstate nexus expert examined the firearm and confirmed that it was manufactured outside of the state of Virginia and therefore traveled and affected interstate commerce.

4

## CONCLUSION

15.    Based on the foregoing, I submit that there is probable cause to believe that on or about November 8, 2025, in Fairfax County, Virginia, within the Eastern District of Virginia, Tidwell possessed a firearm after being convicted of a crime punishable by more than 1 year, in violation of 18 U.S.C. § 922(g)(l).

Respectfully submitted,

Collin Wilson, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms,
and Explosives
United States Department of Justice

Affidavit submitted by email and attested to
me as true and accurate by telephone
consistent with Fed. R. Crim. P. 4.1 and
41(d)(3) this 9th day of March, 2026.

HONORABLE WILLIAM B. PORTER
UNITED STATES MAGISTRATE JUDGE

5